## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 15th day of September, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manners indicated.

### VIA U.S. MAIL

Terex Aerials, Inc.
d/b/a Terex Cranes
Ronald M. Defeo, President
500 Post Road E, Suite 320
Westport, CT  06880

Terex Aerials, Inc.
d/b/a Terex Cranes
Brian Henry, Treasurer
500 Post Road E, Suite 320
Westport, CT  06880

Terex Aerials, Inc.
d/b/a Terex Cranes
Eric Cohen, Secretary
500 Post Road E, Suite 320
Westport, CT  06880

Mary E. Augustine, Esq. (No. 4477)